dance with the jury's assessment to a prison term of seven years. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Defendant does not address any points in his appeal to the denial of his Rule 29.15 motion. Therefore, that appeal is considered abandoned. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

*ORDER*

PER CURIAM.

The City of St. Louis Civil Service Commission (Commission) appeals from a judgment of the Circuit Court of the City of St. Louis reversing the Commission's order and granting Melva McKinney's petition for administrative review under § 536.140.6 RSMo 1994. The trial court found that the hearing before the Commission was tainted by improper procedure and remanded the case for a new hearing.

No error of law appears. An extended opinion would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b) and the cause is remanded for rehearing by the Commission.

---

Melva McKINNEY, Plaintiff–Respondent,

v.

**CITY OF ST. LOUIS CIVIL SERVICE COMMISSION, Defendant–Appellant.**

No. 70013.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 17, 1996.

Tyrone A. Taborn, City Counselor, Edward J. Hanlon, Deputy City Counselor, Patricia A. Hageman, Assistant City Counselor, St. Louis, Defendant–Appellant.

Uthoff, Graeber, Bobinette & O'Keefe, Charles W. Bobinette, St. Louis, for Plaintiff–Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

---

STATE of Missouri, Plaintiff/Respondent,

v.

**Curtis L. JOHNSON, Defendant/Appellant.**

**Curtis L. JOHNSON, Movant/Appellant,**

v.

**STATE of Missouri, Defendant/Respondent.**

Nos. 66731, 69580.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 17, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.